UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT DECKER,

       Plaintiff,

    v.                                                                  Case No. 19-cv-233-JPG

MERRICK B. GARLAND, WARDEN SPROUL,
ANDRE MATEVOUSIAN, MICHAEL
CARVAJAL, WARDEN RULE, and
KATHERINE SIREVELD,

       Defendants.

## JUDGMENT

This matter having come before the Court, and the Court granting summary judgment in

favor of Defendants Katherine Sireveld, Merrick B. Garland, Michael Carvajal, Warden Sproul,

Andre Matevousian, and Warden Rule,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Robert Decker's

Complaint against Defendants Katherine Sireveld, Merrick B. Garland, Michael Carvajal,

Warden Sproul, Andre Matevousian, and Warden Rule is **DISMISSED WITH PREJUDICE**

and without costs.

**DATED: March 31, 2023**                                **MONICA A. STUMP, Clerk of Court**
                                                                                 **s/Tina Gray, Deputy Clerk**

**Approved:      s/  J. Phil Gilbert**
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**