# **CERTIFICATION**

RE:   Robert K. Decker
      51719-074
      19-233-JPG

I, _____, hereby certify that
     (Name and Title of Authorized Officer - please print)

Robert K. Decker currently has the sum of $_____ on account at Marion U.S. Penitentiary.

_____
Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PS-17
Rev. 5/18