Robert K. Decker #51719-074
USP Marion, PO Box 1000
Marion, IL 62959

United States District Court Clerk
750 Missouri Avenue
E. Saint Louis, IL 62201

September 12, 2023

Re:   Decker v. Sireveld, et al.
      Case No. 2:19-cv-00233-JPG
      Over payment of filing fee in the
      appellate court
      App.No. 23-1725

Dear Court Clerk:

   I am writing to you in reference to the above entitled case. Apparently the B.O.P. Has been taking too much money from my account to pay the above entitled case. Therefore, last month, the BOP had overpaid you for the above entitled case, so would you please send me the funds back to me that was erroneously taking from my account.

   Also I would appreciate it if you would contact the Marion USP Trustfund Officer, Ms. Johnson and notify her that this case has been paid in full.

   I am thanking you in advance for your anticipated cooperation in this matter and for your utmost response.

                                        Sincerely, R.K. Decker

Copy:   File/RKD

Generated: Aug 7, 2023 3:31PM                                                                 Page 1/1



# U.S. District Court

## Illinois Southern - East St. Louis

Receipt Date: Aug 7, 2023 3:31PM

ROBERT DECKER 51719-074  
MARION USP  
PO BOX 1000  
MARION, IL 62959

Rcpt. No: 4773               Trans. Date: Aug 7, 2023 3:31PM              Cashier ID: #AA

| CD  | Purpose                   | Case/Party/Defendant                              | Qty | Price  | Amt    |
|-----|---------------------------|---------------------------------------------------|-----|--------|--------|
| 201 | Civil Filing Fee/PLRA/CCAM | DILS319CV0233A1 /001<br>ROBERT K DECKER 51719074 | 1   | 191.40 | 191.40 |

| CD | Tender |            |           | Amt      |
|----|--------|------------|-----------|----------|
| CH | Check  | #49316259  | 08/7/2023 | $191.40  |

Total Due Prior to Payment: $191.40  
Total Tendered: $191.40  
Total Cash Received: $0.00  
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 10, 2023

*By the Court:*

| No. 23-1725 | ROBERT K. DECKER,  Plaintiff - Appellant  v.  KATHERINE SIREVELD, et al.,  Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00233-JPG  Southern District of Illinois  District Judge J. Phil Gilbert ||

The following is before the court: **RESPONSE TO RULE TO SHOW CAUSE**, filed on August 3, 2023, by the pro se appellant.

This court has received confirmation from the district court that the appellant paid the $505.00 filing fee. Accordingly,

**IT IS ORDERED** that the rule to show cause is **DISCHARGED**. To the extent that the appellant seeks recruitment of counsel, he should file a separate motion that specifically makes such a request and includes reasons in support.

form name: c7_Order_BTC    (form ID: 178)

Date: 08/29/2023  
Time: 2:11:08 PM  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Debts Report**  
Sensitive But Unclassified  

Facility: MAR

Inmate Reg#: 51719074  
Debt Status: Active

| Alpha Code | Debt Type | Original Amount Owed | Remaining Amount Owed | Status | Ref# | Entered Date | Entered By | Deactivated Date | Deactivated By |
|---|---|---|---|---|---|---|---|---|---|
| MAR | PLRA | $350.00 | $0.00 | A | YMARD048 | 05/25/2023 | TF50332 | | |
| | PLRA | $505.00 | $140.92 | A | YMARD050 | 06/05/2023 | TF50332 | | |
| | PLRA | $350.00 | $190.60 | A | YMARD058 | 07/13/2023 | TF50332 | | |
| | PLRA | $341.05 | $181.65 | A | YMARD059 | 07/13/2023 | TF50332 | | |
| | PLRA | $341.05 | $191.65 | A | YMARD060 | 07/13/2023 | TF50332 | | |
| Total: | | $1,887.10 | $704.82 | | | | | | |

Legend  
A : Active    S : Satisfied  
I : InActive   U : Unknown

*Owe me $ 246.84*

Workstation ID: MAR-WX-4BVFPX2    User ID: TF50332    Page 1 of 1

---

Date: 09/07/2023  
Time: 10:37:53 AM  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Debts Outstanding Report**  
Sensitive But Unclassified  

Facility: MAR

Inmate Status: All  
Start Date: 12/01/2022  
End Date: 09/07/2023  
Debt Status: All  
Site Name: Marion USP  
Debt Type: PLRA

| Alpha Code | Inmate Reg# | Inmate Name | Debt Type | Payee | Ded % | Original Debt Amt | Current Debt Amt | Ref# | Status |
|---|---|---|---|---|---|---|---|---|---|
| MAR | 51719074 | DECKER, ROBERT KENNI | PLRA | CLERK OF, COURT | 20/20 | $341.05 | $166.63 | YMARD060 | Active |
| | | | PLRA | CLERK OF, COURT | 20/20 | $341.05 | $146.65 | YMARD059 | Active |
| | | | PLRA | CLERK OF, COURT | 20/20 | $350.00 | $155.60 | YMARD058 | Active |
| | | | PLRA | U.S. DISTRICT, COURT | 20/20 | $505.00 | $105.92 | YMARD050 | Active |
| Total: 4 | | | | | Total: | $2,555.72 | $1,528.87 | | |

Legend  
Ded % = Payroll Deduction %/Outside Source Deduction %  
Ref# = Reference#

*YMARD60 — 2:23-CV-00077*  
*YMARD59 — 2:23-CV-00065*  
*YMARD58 — 2:23-CV-00085*  
*YMARD50 — 3:19-CV-00233*

Workstation ID: MAR-WX-4BVFPX2    User ID: TF50332    Page 1 of 1



Robert K. Decker # 51719-074
USP Marion, P.O. Box 1000
Marion, IL. 62959

SAINT LOUIS MO 630  
13 SEP 2023 PM 6 L

UNCLEARED
UNOFFICIALS

⟨⟩51719-074⟨⟩
Clerk Of The Court
750 Missouri AVE
Court Clerk
E. Saint Louis, IL 62201
United States

62201-29859

RECEIVED
SEP 15 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE