Robert K. Decker #51719-074
USP Marion, PO box 1000
Marion, IL 62959

United States District Court Clerk
750 Missouri Avenue
E. Saint Louis, IL 62201

October 13, 2023

Re; Decker v. Garland, et al.
Case No. 3:19-cv-00233-JPG
Inaccurate filing fee.
App. No. 20=1890

Dear Court Clerk:

I am writing to you in reference to the above entitled case number for the appellate court. Please see attached letter from the court. It states that I nver paid the filing fee for the case above, e.g. 20-1890, which is inaccurate. I have paid the filing fee in that matter many years ago. Please see attached statements from my account.

I am asking for you to please fix this matter for me, since the BOP is taking monies from me for filing fees that have been paid many years ago. I would appreciate it if you would please send me notification stating that the filing fee in the above entitled case number, e.g. 20-1890 has been paid in full.

I would like to thank you in advance for your anticipated cooperation in this matter and for your utmost response.

Sincerely, R.K. Decker

Copy: File/RKD

Date: 10/12/2023
Time: 03:19:59 PM
Location: MAR

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 51719074   Inmate Name: DECKER, ROBERT KENNETH   Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 01/29/2021 | TL0129 | TRUL Withdrawal | | $5.50 |
| 01/28/2021 | WJV0114 | Photo Copies | | -$0.75 |
| 01/27/2021 | TFN0127 | Phone Withdrawal | | -$164.00 |
| 01/26/2021 | 75 | Sales | | -$23.50 |
| 01/25/2021 | WJV0114 | Photo Copies | | -$4.65 |
| 01/20/2021 | 68 | Sales | | -$23.80 |
| 01/08/2021 | WIPP1220 | Payroll - IPP | | $19.20 |
| 01/08/2021 | VTHAD269 - 993 | Debt Encumbrance | | -$3.84 |
| 01/06/2021 | 73 | Sales | | -$80.85 |
| 01/01/2021 | VTHAD269 | PLRA Payment | | -$223.84 |
| 01/01/2021 | VTHAD269 - 761 | Debt Encumbrance - Released | | $150.00 |
| 01/01/2021 | VTHAD269 - 718 | Debt Encumbrance - Released | | $70.00 |
| 01/01/2021 | VTHAD269 - 685 | Debt Encumbrance - Released | | $3.84 |

All PLRA Payments are over paid the Filing Fee of $505.00

total $581.53

Inmate #: 51719074

Date: 10/12/2023　　　　　　　　　　　　　　　　　　　　　　　　　　　Location: MAR
Time: 03:21:39 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 51719074   Inmate Name: DECKER, ROBERT KENNETH   Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 02/01/2021 | WJV0118 | Photo Copies | | -$1.35 |
| 02/01/2021 | VTHAD269 | PLRA Payment | | -$3.80 |
| 02/01/2021 | VTHAD269 - 993 | Debt Encumbrance - Released | | $3.84 |

Inmate #: 51719074

Date: 10/12/2023  
Time: 02:58:49 PM  
Location: MAR

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 51719074   Inmate Name: DECKER, ROBERT KENNETH   Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/06/2020 | 4906 | Child Support | | -$50.00 |
| 04/06/2020 | 4906 | BP 199 Request - Released | | $50.00 |
| 04/06/2020 | 4894 | Court Fees | | -$50.33 |
| 04/06/2020 | 4894 | BP 199 Request - Released | | $50.33 |
| 04/06/2020 | TL0406 | TRUL Withdrawal | | -$2.00 |
| 04/06/2020 | TL0406 | TRUL Withdrawal | | $1.85 |
| 04/05/2020 | TL0405 | TRUL Withdrawal | | -$5.00 |
| 04/05/2020 | TL0405 | TRUL Withdrawal | | $2.00 |
| 04/03/2020 | TL0403 | TRUL Withdrawal | | -$2.00 |
| 04/03/2020 | TL0403 | TRUL Withdrawal | | $1.85 |
| 04/03/2020 | 4906 | BP 199 Request | | -$50.00 |
| 04/02/2020 | VJV0126 | Photo Copies | | -$2.85 |
| 04/02/2020 | 4894 | BP 199 Request | | -$50.33 |
| 04/02/2020 | VIPP0320 | Payroll - IPP | | $19.20 |
| 04/02/2020 | TFN0402 | Phone Withdrawal | | -$3.00 |
| 04/01/2020 | TL0401 | TRUL Withdrawal | | -$5.00 |
| 04/01/2020 | TL0401 | TRUL Withdrawal | | $2.65 |
| 04/01/2020 | TL0401 | TRUL Withdrawal | | $1.85 |

*Handwritten notes:*

12-2-21     $9.98  
1-1-22      $9.98  
3-15-22     $9.98  
4-1-22      $9.98

Inmate #: 51719074

Date: 10/12/2023  
Time: 03:00:57 PM

Location: MAR

## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
#### Personal Inmate Information

Inmate No: 51719074   Inmate Name: DECKER, ROBERT KENNETH   Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 05/03/2020 | TL0503 | TRUL Withdrawal | | -$2.00 |
| 05/03/2020 | TL0503 | TRUL Withdrawal | | $1.90 |
| 05/03/2020 | TL0503 | TRUL Withdrawal | | -$5.00 |
| 05/03/2020 | TL0503 | TRUL Withdrawal | | $2.70 |
| 05/03/2020 | TL0503 | TRUL Withdrawal | | $1.70 |
| 05/03/2020 | TL0503 | TRUL Withdrawal | | -$2.00 |
| 05/03/2020 | TL0503 | TRUL Withdrawal | | $1.20 |
| 05/03/2020 | 5264 | BP 199 Request - Released | | $37.45 |
| 05/02/2020 | TL0502 | TRUL Withdrawal | | -$2.00 |
| 05/02/2020 | TL0502 | TRUL Withdrawal | | $1.85 |
| 05/02/2020 | 5265 | BP 199 Request | | -$37.45 |
| 05/02/2020 | 5264 | BP 199 Request | | -$37.45 |
| 05/01/2020 | VJV0172 | Photo Copies | | -$6.75 |
| 05/01/2020 | TL0501 | TRUL Withdrawal | | -$2.00 |
| 05/01/2020 | TL0501 | TRUL Withdrawal | | $1.75 |
| 05/01/2020 | 5061 | Legal Fees | | -$20.00 |
| 05/01/2020 | 5061 | BP 199 Request - Released | | $20.00 |
| 05/01/2020 | 5060 | Books | | -$32.00 |
| 05/01/2020 | 5060 | BP 199 Request - Released | | $32.00 |

5-1-2021        $10.00  
7-1-2021        $12.07  
8-1-2021        $10.00  
9-1-2021        $30.03  
10-2-2021       $20.00  
10-6-2021       $34.43  
11-1-2021       $44.45  

Inmate #: 51719074

Date: 10/12/2023
Time: 03:17:12 PM
Location: MAR

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 51719074    Inmate Name: DECKER, ROBERT KENNETH    Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 09/16/2020 | 6911 | Bills | | -$50.00 |
| 09/16/2020 | 6911 | BP 199 Request - Released | | $50.00 |
| 09/16/2020 | 6898 | Bills | | -$137.00 |
| 09/16/2020 | 6898 | BP 199 Request - Released | | $137.00 |
| 09/16/2020 | TL0916 | TRUL Withdrawal | | -$10.00 |
| 09/16/2020 | VTHAD269 | Initial PLRA Pymt | | -$135.51 |
| 09/16/2020 | 6931 | BP 199 Request | | -$101.34 |

Inmate #: 51719074

Date: 10/12/2023
Time: 03:06:48 PM
Location: MAR

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 51719074   Inmate Name: DECKER, ROBERT KENNETH   Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 11/01/2020 | VTHAD269 | PLRA Payment | | -$15.90 |
| 11/01/2020 | VTHAD269 - 197 | Debt Encumbrance - Released | | $15.90 |

Date: 10/12/2023  
Time: 03:19:03 PM  
Location: MAR

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 51719074    Inmate Name: DECKER, ROBERT KENNETH    Available Balance: $0.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/01/2020 | VTHAD269 | PLRA Payment | | -$5.64 |
| 12/01/2020 | VTHAD269 - 392 | Debt Encumbrance - Released | | $5.64 |

Inmate #: 51719074

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

October 5, 2023

*By the Court:*

| | |
|---|---|
| | ROBERT K. DECKER, <br> Plaintiff - Appellant |
| No. 23-1725 | v. |
| | KATHERINE SIREVELD, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00233-JPG <br> Southern District of Illinois <br> District Judge J. Phil Gilbert | |

The following is before the court: **MOTION FOR OVER PAYMENT OF FILING FEES**, filed on October 5, 2023, by the pro se appellant.

The court's docket shows that the filing fee for this appeal has been paid. However, a review of the docket for appeal 20-1890 (which originates from the same district court cause) shows the appellant has not yet paid in full the appellate filing fees. Further, any challenge to the amount of money being collected or request for information regarding whether specific fees have been paid should be made in the district court. Accordingly, the court will take no further action on the appellant's filing.

form name: c7_Order_BTC   (form ID: 178)

Robert R. Decker #51719-074
USP Marion, PO Box 1000
Marion, IL. 62959



MAIL CLEARED
US MARSHALS



⇔51719-074⇔
Clerk Of The Court
750 Missouri AVE
Court Clerk
E Saint Louis, IL 62201
United States



#707